AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Michael Frasier ) |  |
| *Plaintiff* ) |  |
| v. ) | Civil Action No.  4:20-cv-2441-DCC |
| State of South Carolina ) |  |
| *Defendant* ) |  |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins, Jr.

Date:  August 3, 2020

*CLERK OF COURT*

s/Debbie Stokes
*Signature of Clerk or Deputy Clerk*